| PROB 22 (Rev. 2/88) | | FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y | DOCKET NUMBER (Tran. Court)<br>0207 2:10CR00991-001 |
|---|---|---|---|
| TRANSFER OF JURISDICTION | | ★ JUL 27 2018 | DOCKET NUMBER (Rec. Court)<br>★ 18-TP-20051-GAYLES |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Eastern District of New York<br>LONG ISLAND OFFICE | DIVISION<br>Central Islip |
|---|---|---|

FILED BY __YR__
Deputy Clerk

**Sep 11, 2018**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Miami

Dominick Curatola

| NAME OF SENTENCING JUDGE |  |  |
|---|---|---|
| The Honorable Joanna Seybert |  |  |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>5/26/2017 | TO<br>5/25/2020 |
|---|---|---|

**OFFENSE**
21 USC 846, 841(b)(1)(D)  CONSPIRACY TO DISTRIBUTE MARIJUANA

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    EASTERN    DISTRICT OF    NEW YORK

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the SOUTHERN DISTRICT OF FLORIDA    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/27/2018
_Date_

/s/ Joanna Seybert

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    SOUTHERN    DISTRICT OF    FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/28/18
_Effective Date_

_United States District Judge_

AO 245B   (Rev. 10/2011 EDNY) Judgment in a Criminal Case
Sheet 1

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D N.Y

# UNITED STATES DISTRICT COURT   MAY 07 2012   ★

EASTERN District of NEW YORK

**LONG ISLAND OFFICE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| | ) | |
| | ) | Case Number:   CR 10-991 (JS)   Deft. #1 |
| DOMINICK CURATOLA | ) | USM Number:   69211-053 |
| | ) | |
| (AUSA Michael Canty) | ) | William Collado, Esq. |
| | | Defendant's Attorney |

## THE DEFENDANT:

X pleaded guilty to count(s)    1 of the Superseding Indictment (S-1), lesser included offense, on 8/15/2011

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 846, 841(b)(1)(D) | CONSPIRACY TO DISTRIBUTE MARIJUANA | 11/16/2010 | 1s |

The defendant is sentenced as provided in pages 2 through _____6_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

X Count(s)   1; 2s-7s, 9s-13s        ☐ is   X are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Apr. 20, 2012
Date of Imposition of Judgment

Signature of Judge

_JOANNA SEYBERT, U.S.D.J._
Name and Title of Judge

May   7  , 2012
Date

A TRUE COPY, ATTEST

DOUGLAS C. PALMER, CLERK

By:            Deputy Clerk    Dated: May        , 2012

AO 245B    (Rev. 09/11) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page    2    of    6

DEFENDANT:          DOMINICK CURATOLA
CASE NUMBER:        CR 10-991 (JS)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**60 MONTHS** (CONSECUTIVE TO 30 MONTH TERM IMPOSED ON VIOLATION OF SUPERVISED RELEASE ON CR 03-637)

X   The court makes the following recommendations to the Bureau of Prisons:
    THAT THE DEFENDANT BE DESIGNATED TO FCI FAIRTON, N.J., AND ENROLLED IN THE RDAP.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m.   ☐ p.m.   on _____ .

    ☐  as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

| | | Judgment—Page | 3 | of | 6 |

DEFENDANT:    DOMINICK CURATOLA
CASE NUMBER:  CR 10-991 (JS)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

**3 YEARS**

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☐   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

     If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
or if such prior notification is not possible, then within forty eight hours after such change;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT:      DOMINICK CURATOLA
CASE NUMBER:    CR 10-991 (JS)

## ADDITIONAL SUPERVISED RELEASE TERMS

The defendant shall comply with the forfeiture provision.

The defendant shall make full financial disclosure to the Probation Dept.

For a period of 6 months, the defendant shall comply with a curfew via electronic monitoring as directed by the U.S. Probation Department. The defendant will remain at his place of residence from 7 p.m. to 7 a.m. The Probation Department may designate another eight-hour respective time period, if the defendant's employment, education, or observance of religious services preclude the above specified times. The curfew via electronic monitoring shall commence on a date approved by the Probation Department. During the curfew period, the defendant shall wear an electronic monitoring bracelet or similar tracking device and follow all requirements and procedures established for the curfew via electronic monitoring by the Probation Department. In addition, the defendant shall pay all costs, including the price of the electronic monitoring equipment, to the degree he is reasonably able. The defendant shall disclose all financial information and documents to the Probation Department to assess his ability to pay.

The defendant shall participate in an outpatient and/or inpatient drug treatment or detoxification program approved by the U.S. Probation Department. The defendant shall contribute to the costs of such treatment/detoxification not to exceed an amount determined reasonable by the Probation Department's Sliding Scale for Substance Abuse Treatment Services, and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid. The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay. The defendant shall not consume any alcohol or other intoxicants during and after treatment/detoxification, unless granted a prescription by a licensed physician and proof of same is provided to the Probation Department. The defendant shall submit to testing during and after treatment to ensure abstinence from drugs and alcohol.

The defendant shall participate in a mental health treatment program approved by the U.S. Probation Department. The defendant shall contribute to the cost of services rendered or any psychotropic medications as prescribed, via co-payment or full payment, in an amount to be determined by the Probation Department, based upon the defendant's ability to pay and/or the availability of third-party payment. The defendant shall disclose all financial information and documents to the Probation Dept. to assess his ability to pay.

*BARBRA Somoano* 11/9/16
× *Dominick Curatola* × 11/9/16

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
        Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___5___ of ___6___

DEFENDANT:       DOMINICK CURATOLA
CASE NUMBER:    CR 10-991 (JS)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100. | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| TOTALS | $ _____ | $ _____ | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

    ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
           Sheet 6 — Schedule of Payments

Judgment — Page    6    of    6

DEFENDANT:        DOMINICK CURATOLA
CASE NUMBER:      CR 10-991 (JS)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A    X    Lump sum payment of $    100.    due immediately, balance due

      □    not later than _____ , or
      □    in accordance    □ C,    □ D,    □ E, or    □ F below; or

B    □    Payment to begin immediately (may be combined with    □ C,    □ D, or    □ F below); or

C    □    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    □    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
      term of supervision; or

E    □    Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
      imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    □    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

□    Joint and Several

      Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

□    The defendant shall pay the cost of prosecution.

□    The defendant shall pay the following court cost(s):

X    The defendant shall forfeit the defendant's interest in the following property to the United States:
      See Final Order of Forfeiture

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

DMJ:CNC/JPD
F.#2010R01603/OCDETF # NY-NYE-0086        FEB 03 2011        ★

                                                2114
UNITED STATES DISTRICT COURT         LONG ISLAND OFFICE
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                    S U P E R S E D I N G
                                            I N D I C T M E N T

        - against -
                                            Cr. No. 10 CR 991 (S-1)(JS)
DOMINICK CURATOLA,                          (T. 21, U.S.C., §§
GERMAN CHAJCHIC,                             841(a)(1),
MICHAEL DECRESENZO,                          841(b)(1)(B)(vii),
JOSE ALEJANDRO CASTILLO-MEDINA,              841(b)(1)(D), 846,
STEVEN MARTIN,                               853(a), 853(p), 952(a),
KERRY IASPARRA,                              960(a)(1), 960(b)(3),
                                             960(b)(4) and 963;
BRIAN SULLIVAN,                             T. 18, U.S.C., §§ 2
GREGORY BALLIN,                             and 3551 et seq.)
ERIC PREIMER,
MICHAEL BRADLEY and
JOSEPH CAMPO,

                Defendants.

- - - - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

                        COUNT ONE/
                (Conspiracy To Distribute Marijuana)

        1.   On or about and between March 1, 2010 and November

16, 2010, both dates being approximate and inclusive, within the

Eastern District of New York and elsewhere, the defendants

DOMINICK CURATOLA, GERMAN CHAJCHIC, MICHAEL DECRESENZO, JOSE

ALEJANDRO CASTILLO-MEDINA, STEVEN MARTIN, KERRY IASPARRA,

, BRIAN SULLIVAN, GREGORY BALLIN, ERIC PREIMER, MICHAEL

BRADLEY and JOSEPH CAMPO, together with others, did knowingly and

intentionally conspire to distribute and possess with intent to

distribute a controlled substance, which offense involved 100

46

2

kilograms or more of a substance containing marijuana, a Schedule
I controlled substance, contrary to Title 21, United States Code,
Section 841(a)(1).

(Title 21, United States Code, Sections 846 and
841(b)(1)(B)(vii); Title 18, United States Code, Sections 3551 et
seq.)

## COUNT TWO
(Conspiracy to Import Marijuana)

2.    In or about and between June 2010 and November
16, 2010, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, the defendants
DOMINICK CURATOLA and GERMAN CHAJCHIC, together with others, did
knowingly and intentionally conspire to import a controlled
substance into the United States from a place outside thereof,
which offense involved a substance containing marijuana, a
Schedule I controlled substance, contrary to Title 21, United
States Code, Section 952(a).

(Title 21, United States Code, Sections 963, 960(a)(1)
and 960(b)(3); Title 18, United States Code, Sections 3551 et
seq.)

## COUNT THREE
(Distribution and Possession of Marijuana
with Intent to Distribute)

3.    On or about May 13, 2010, within the Eastern
District of New York, the defendants DOMINICK CURATOLA and
. did knowingly and intentionally distribute and possess

3

with intent to distribute a controlled substance, which offense

involved a substance containing marijuana, a Schedule I

controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(D); Title 18, United States Code, Sections 2 and 3551

et seq.)

### COUNT FOUR
(Distribution and Possession of Marijuana
with Intent to Distribute)

4.    On or about May 15, 2010, within the Eastern

District of New York and elsewhere, the defendants DOMINICK

CURATOLA, MICHAEL DECRESENZO, STEVEN MARTIN and KERRY IASPARRA

did knowingly and intentionally distribute and possess with

intent to distribute a controlled substance, which offense

involved a substance containing marijuana, a Schedule I

controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(D); Title 18, United States Code, Sections 2 and 3551

et seq.)

### COUNT FIVE
(Distribution and Possession of Marijuana
with Intent to Distribute)

5.    On or about May 23, 2010, within the Eastern

District of New York, the defendants DOMINICK CURATOLA and JOSEPH

CAMPO did knowingly and intentionally distribute and possess with

intent to distribute a controlled substance, which offense

4

involved a substance containing marijuana, a Schedule I
controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(D); Title 18, United States Code, Sections 2 and 3551
et seq.)

## COUNT SIX ✓
(Distribution and Possession of Marijuana
with Intent to Distribute)

6.    On or about May 27, 2010, within the Eastern
District of New York and elsewhere, the defendants DOMINICK
CURATOLA, MICHAEL DECRESENZO, STEVEN MARTIN and KERRY IASPARRA
did knowingly and intentionally distribute and possess with
intent to distribute a controlled substance, which offense
involved a substance containing marijuana, a Schedule I
controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(D); Title 18, United States Code, Sections 2 and 3551
et seq.)

## COUNT SEVEN✓
(Distribution and Possession of Marijuana
with Intent to Distribute)

7.    On or about June 22, 2010, within the Eastern
District of New York, the defendants DOMINICK CURATOLA, MICHAEL
DECRESENZO and BRIAN SULLIVAN did knowingly and intentionally
distribute and possess with intent to distribute a controlled

5

substance, which offense involved a substance containing

marijuana, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(D); Title 18, United States Code, Sections 2 and 3551

et seq.)

## COUNT EIGHT
(Distribution and Possession of Marijuana
with Intent to Distribute)

8.     On or about June 24, 2010, within the Eastern

District of New York, the defendant ERIC PREIMER, together with

others, did knowingly and intentionally distribute and possess

with intent to distribute a controlled substance, which offense

involved a substance containing marijuana, a Schedule I

controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(D); Title 18, United States Code, Sections 2 and 3551

et seq.)

## COUNT NINE
(Importation of Marijuana)

9.     On or about August 10, 2010, within the Eastern

District of New York and elsewhere, the defendant DOMINICK

CURATOLA, together with others, did knowingly and intentionally

import a controlled substance into the United States from a place

6

outside thereof, which offense involved a substance containing marijuana, a Schedule I controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(4); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT TEN
(Distribution and Possession of Marijuana
with Intent to Distribute)

10.   On or about August 10, 2010, within the Eastern District of New York, the defendants DOMINIC CURATOLA and MICHAEL BRADLEY did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing marijuana, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT ELEVEN
(Distribution and Possession of Marijuana
with Intent to Distribute)

11.   On or about August 11, 2010, within the Eastern District of New York and elsewhere, the defendants DOMINIC CURATOLA and STEVEN MARTIN, together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a

Case 1:18-tp-20051   Document 1   Entered on FLSD Docket 09/11/2018   Page 14 of 44
Case 2:10-cr-00991-JS-AKT   Document 46   Filed 02/03/11   Page 7 of 11 PageID #: 712

7

substance containing marijuana, a Schedule I controlled
substance.

    (Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(D); Title 18, United States Code, Sections 2 and 3551
et seq.)

## COUNT TWELVE
(Importation of Marijuana)

    12.  On or about November 4, 2010, within the Eastern
District of New York and elsewhere, the defendant DOMINICK
CURATOLA, together with others, did knowingly and intentionally
import a controlled substance into the United States from a place
outside thereof, which offense involved a substance containing
marijuana, a Schedule I controlled substance.

    (Title 21, United States Code, Sections 952(a),
960(a)(1) and 960(b)(4); Title 18, United States Code, Sections 2
and 3551 et seq.)

## COUNT THIRTEEN
(Distribution and Possession of Marijuana
with Intent to Distribute)

    13.  On or about November 4, 2010, within the Eastern
District of New York, the defendant DOMINICK CURATOLA, together
with others, did knowingly and intentionally distribute and
possess with intent to distribute a controlled substance, which

8

offense involved a substance containing marijuana, a Schedule I
controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(D); Title 18, United States Code, Sections 2 and 3551
et seq.)

COUNT FOURTEEN
(Possession of Marijuana
with Intent to Distribute)

14.  On or about November 16, 2010, within the Eastern
District of New York, the defendant GREGORY BALLIN did knowingly
and intentionally possess with intent to distribute a controlled
substance, which offense involved a substance containing
marijuana, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(D); Title 18, United States Code, Sections 2 and 3551
et seq.)

CRIMINAL FORFEITURE ALLEGATION

15.  The United States hereby gives notice to the
defendants that, upon conviction of any of the offenses charged
in this Superseding Indictment, the government will seek
forfeiture in accordance with Title 21, United States Code,
Section 853(a), which requires any person convicted of such
offenses to forfeit any property constituting, or derived from,
proceeds obtained, directly or indirectly, as a result of such
offenses, and any property used, or intended to be used, in any

9

manner or part, to commit, or to facilitate the commission of
such offenses.

        16.   If any of the above-described forfeitable
property, as a result of any act or omission of the defendants:

              (a)   cannot be located upon the exercise of due
diligence;

              (b)   has been transferred or sold to, or deposited
with, a third party;

              (c)   has been placed beyond the jurisdiction of
the court;

              (d)   has been substantially diminished in value;
or

              (e)   has been commingled with other property which
cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21,
United States Code, Section 853(p), to seek forfeiture of any

10

other property of such defendants up to the value of the

forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and

853(p))

A TRUE BILL

FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

FORM DBD-34

JUN. 85

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

## CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

DOMINICK CURATOLA, GERMAN CHAJCHIC, MICHAEL DECRESENZO,
JOSE ALEJANDRO CASTILLO-MEDINA, STEVEN MARTIN, KERRY IASPARRA,
JEROME SCELZA, BRIAN SULLIVAN, GREGORY BALLIN, ERIC PREIMER,
MICHAEL BRADLEY, AND JOSEPH CAMPO,

Defendants.

# INDICTMENT

(T. 21, U.S.C., §§ 841 (a) (1), 841 (b) (1) (B) (vii), 841 (b) (1) (D), 846, 853 (a), 853 (p),
952 (a), 960 (a) (1), 960 (b) (3), 960 (b) (4) and 963; T. 18, U.S.C., §§ 2 and 3551 et seq.)

*A true bill*

_____
                                              *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 19* _____

_____
                                              *Clerk*

*Bail, $* _____

CARRIE N. CAPWELL, AUSA, (631) 715-7836

## INFORMATION SHEET

FILED
IN CLERK'S OFFICE
UNITED STATES DISTRICT COURT U.S. DISTRICT COURT E.D.N.Y
EASTERN DISTRICT OF NEW YORK

★   FEB 03 2011   ★

USAO # 2010R01603

LONG ISLAND OFFICE

1.   Title of Case:   United States  v.  Dominic Curatola, et al.

2.   Related Magistrate Docket Number(s) M 10-1340, 10-1367, 10-1378

        None ( )

3.   Arrest Date:   November 16, 2010

4.   Nature of offense(s):   X      Felony
                                        ☐      Misdemeanor

5.   Related Civil or Criminal Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

6.   Projected Length of Trial:   Less than 6 weeks      (X)
                                             More than 6 weeks      ( )

7.   County in which crime was allegedly committed:   Nassau/Suffolk
     (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.   Has this indictment been ordered sealed?                     (X) Yes  ( ) No

9.   Have arrest warrants been ordered?                             (X) Yes  ( ) No

10.   Is a capital count included in the indictment?           ( ) Yes  (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By:   _Joseph Dompkowski_
         Joseph Dompkowski
         Special Assistant U.S. Attorney
         (631) 715-7900

Rev. 10/01/03

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E D N Y

★  FEB 03 2011  ★

LONG ISLAND OFFICE

## CALENDAR MINUTES
## ON GRAND JURY PRESENTMENT

Before Magistrate Judge ___Boyle___          Date  _2_/_3_/_11_

CR-11  0080

BIANCO, J.

The Grand Jury of ____10/07/09____ handed up

____2____  Indictment(s) which were ordered filed by the Court.
(number)

WALL, M.J.

____8____  Indictment(s) were ordered sealed by the Court.
(number)

____8____  Bench Warrants were ordered by the Court.
(number)

The Grand Jury thereupon

____✓____ returned for further deliberation.

_____ having completed its business, was dismissed with the
thanks of the Court.

10cr991(JS)

Robert C. Heinemann
Clerk of the Court

___L. Lundy___
Deputy Clerk

DMJ:CNC/JPD
F.#2010R01603/OCDETF # NY-NYE-0656

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

        - against -

DOMINICK CURATOLA,
GERMAN CHAJCHIC,
MICHAEL DECRESENZO,
JOSE ALEJANDRO CASTILLO-MEDINA and
ELIZABETH JENNINGS,

        Defendants.

- - - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

DEC 16 2010

LONG ISLAND OFFICE

I N D I C T M E N T

CR No. 10 991

(T. 21, U.S.C., §§
841(b)(1)(B)(vii), 846,
853(a) and 853(p); T. 18,
U.S.C., §§ 3551 et seq.)

SEYBERT, J.
TOMLINSON, M

THE GRAND JURY CHARGES:

CONSPIRACY TO DISTRIBUTE MARIJUANA

        1.    On or about and between March 1, 2010 and November

16, 2010, both dates being approximate and inclusive, within the

Eastern District of New York and elsewhere, the defendants

DOMINICK CURATOLA, GERMAN CHAJCHIC, MICHAEL DECRESENZO, JOSE

ALEJANDRO CASTILLO-MEDINA and ELIZABETH JENNINGS, together with

others, did knowingly and intentionally conspire to distribute

and possess with intent to distribute a controlled substance,

which offense involved 100 kilograms or more of a substance

containing marijuana, a Schedule I controlled substance, contrary

to Title 21, United States Code, Section 841(a)(1).

        (Title 21, United States Code, Sections 846 and

841(b)(1)(B)(vii); Title 18, United States Code, Sections 3551 et

seq.)

2

## CRIMINAL FORFEITURE ALLEGATION

2.    The United States hereby gives notice to the
defendants that, upon conviction of the crime charged in this
Indictment, the government will seek forfeiture in accordance
with Title 21, United States Code, Section 853(a), which requires
any person convicted of such offense to forfeit any property
constituting, or derived from, proceeds obtained, directly or
indirectly, as a result of such offense, and any property used,
or intended to be used, in any manner or part, to commit, or to
facilitate the commission of such offense.

3.    If any of the above-described forfeitable property,
as a result of any act or omission of the defendants:

(a)    cannot be located upon the exercise of due
diligence;

(b)    has been transferred or sold to, or deposited
with, a third party;

(c)    has been placed beyond the jurisdiction of
the court;

(d)    has been substantially diminished in value;
or

(e)    has been commingled with other property which
cannot be divided without difficulty;
it is the intent of the United States, pursuant to Title 21,
United States Code, Section 853(p), to seek forfeiture of any

3

other property of such defendants up to the value of the

forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and

853(p))

A TRUE BILL

FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

FORM DBD-34

JUN. 85

*No. 2010R01603*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

## CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

DOMINICK CURATOLA, GERMAN CHAJCHIC,
MICHAEL DECRESENZO,
JOSE ALEJANDRO CASTILLO-MEDINA and
ELIZABETH JENNINGS,

Defendants.

## INDICTMENT

T.21, U.S.C., §§ 841(b)(1)(B)(vii), 846,
853(a) and 853(p); T. 18, U.S.C., §§ 3551 et seq.

*A true bill.*

                                          *Foreman*

*Filed in open court this* _____ *day.*

*of* _____ *A.D. 19* _____

                                          *Clerk*

*Bail, $* _____

CARRIE N. CAPWELL, (631) 715-7836

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

DEC 16 2010

LONG ISLAND OFFICE

**CALENDAR MINUTES**
**ON GRAND JURY PRESENTMENT**

Before Magistrate Judge _William D. Wall_      Date _12/16/10_

The Grand Jury of ____10/07/09____ handed up     **CR 10   991**

                                                  SEYBERT. J.

____2____ Indictment(s) which were ordered filed by the Court.
(number)

                                                  TOMLINSON, M.
_____ Indictment(s) were ordered sealed by the Court.
(number)

_____ Bench Warrants were ordered by the Court.     **CR-10   992**
(number)

The Grand Jury thereupon                          **BOYLE, M.**

                                                  **WEXLER, J.**
____✓____ returned for further deliberation.

_____ having completed its business, was dismissed with the
thanks of the Court.


                              Robert C. Heinemann
                              Clerk of the Court


                              T. Tallow
                              **Deputy Clerk**

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

DEC 1 6 2010

USAO # 2010R01603

LONG ISLAND OFFICE

1. Title of Case:  United States v. Dominic Curatola, et al

**CR 10 991**

2. Related Magistrate Docket Number(s) M 10-1340, 10-1367, 10-1378

       None ( )

3. Arrest Date:  November 16, 2010                    SEYBERT

4. Nature of offense(s):  X  Felony
                          ☐  Misdemeanor         TOMLINSON, M

5. Related Civil or Criminal Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:  Less than 6 weeks   (X)
                               More than 6 weeks   ( )

7. County in which crime was allegedly committed: _____ Nassau/Suffolk _____
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?              ( ) Yes  (X) No

9. Have arrest warrants been ordered?                    ( ) Yes  (X) No

10. Is a capital count included in the indictment?       ( ) Yes  (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Carrie Capwell
Assistant U.S. Attorney
(631) 715-7836

Rev. 10/01/03

CLOSED,MAG,MJSELECT-AKT,PROSE

# U.S. District Court
# Eastern District of New York (Central Islip)
# CRIMINAL DOCKET FOR CASE #: 2:10-cr-00991-JS-AKT-1

Case title: USA v. Curatola et al

Magistrate judge case number: 2:10-mj-01340-AKT

Date Filed: 12/16/2010

Date Terminated: 05/07/2012

Assigned to: Judge Joanna Seybert

Referred to: Magistrate Judge A. Kathleen Tomlinson

### Defendant (1)

**Dominick Curatola**
*TERMINATED: 05/07/2012*

represented by **Dominick Curatola**
69211-053
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640
PRO SE

**Mary Anne Wirth**
Bleakley Platt & Schmidt LLP
One North Lexington Ave,
White Plains, NY 10601
914-287-6108
Fax: 914-683-6956
Email: mawirth@bpslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Maureen S. Hoerger**
Perini & Hoerger
1770 Motor Parkway, Suite 300
Hauppague, NY 11749
631-232-2224
Fax: 631-232-2234
Email: perinihoerger@aol.com
*ATTORNEY TO BE NOTICED*

**Randi L. Chavis**
Federal Defenders of New York, Inc.
770 Federal Plaza

Central Islip, NY 11722
631-712-6500
Fax: 631-712-6505
Email: randi_chavis@fd.org
*TERMINATED: 11/23/2010*
*Designation: Public Defender or*
*Community Defender Appointment*

**William J. Collado**
Collado,Collado & Fiore, P.L.L.C.
14 Washington Avenue
Brentwood, NY 11717
631-273-8444
Fax: 631-273-8499
Email: info@ccflawyers.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| | |
|---|---|
| **Pending Counts** | **Disposition** |
| 21:846 and 841(b)(1)(B)(vii); 18:3551 et seq. CONSPIRACY TO DISTRIBUTE MARIJUANA (1s) | Imprisonment: 60 Months; Supervised Release: 3 Years; Special Assessment: $100.00 |
| 21:952(a), 960(a)(1) and 960(b)(4); 18:2 and 3551 et seq. MARIJUANA - IMPORT (9s) | Dismissed on motion of the United States. |

**Highest Offense Level (Opening)**

Felony

| | |
|---|---|
| **Terminated Counts** | **Disposition** |
| 21:846 and 841(b)(1)(B)(vii); 18:3551 et seq. CONSPIRACY TO DISTRIBUTE MARIJUANA; 21:853(a) and 853(p)CRIMINAL FORFEITURE ALLEGATION (1) | Dismissed on motion of the United States. |
| 21:963, 960(a)(1) and 960(b)(3); 18:3551 et seq. ATTEMPT/CONSPIRACY - MARIJUANA - IMPORTATION/EXPORTATION (2s) | Dismissed on motion of the United States. |

| | |
|---|---|
| 21:841(a)(1)and 841(b)(1)(D); 18:2 and 3551 et seq. MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE (3s-7s) | Dismissed on motion of the United States. |
| 21:841(a)(1) and 841(b)(1)(D); 18:2 and 3551 et seq. MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE (10s-11s) | Dismissed on motion of the United States. |
| 21:952(a), 960(a)(1) and 960(b)(4); 18:2 and 3551 et seq. MARIJUANA - IMPORT (12s) | Dismissed on motion of the United States. |
| 21:841(a)(1)and 841(b)(1)(D); 18:2 and 3551 et seq. MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE (13s) | Dismissed on motion of the United States. |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                         **Disposition**

21:846=CD.F-Conspiracy to Distribute
Controlled Substance

---

**Plaintiff**

**USA**                          represented by   **Carrie Nicole Capwell**
                                                  United States Attorneys Office
                                                  560 Federal Plaza
                                                  Central Islip, NY 11722
                                                  631-715-7836
                                                  Fax: (718) 254-6327
                                                  Email: carrie.capwell@usdoj.gov
                                                  *TERMINATED: 08/31/2015*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Karen R. Hennigan**
                                                  United States Attorneys Office
                                                  Eastern District of New York
                                                  271 Cadman Plaza East
                                                  Brooklyn, NY 11201
                                                  718-254-7000
                                                  Fax: 718-254-7483
                                                  Email: karen.hennigan@usdoj.gov
                                                  *ATTORNEY TO BE NOTICED*

**Mark E. Misorek**
United States Attorney's Office
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722
631-715-7874
Fax: 631-715-7922
Email: mark.misorek@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael P Canty**
United States Attorneys Office,Eastern
District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6032
Fax: 718-254-6076
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/10/2010 | 1 | SEALED COMPLAINT as to Dominick Curatola (1), German Chajchic (2), Michael Decresenzo (3). (Montero, Edher) [2:10-mj-01340-AKT] (Entered: 11/19/2010) |
| 11/17/2010 | 15 | Minute Entry for proceedings held before Magistrate Judge Arlene R. Lindsay:Initial Appearance held on 11/17/2010. Dominick Curatola, appeared with counsel Randi Chavis, German Chajchic, appeared with counsel Francis Murphy and Michael Decresenzo, appeared with counsel Terrence Buckley. AUSA Carrie Capwell appeared for the Govt. All defendants waived their right to a preliminary hearing. Orders of Detention entered for German Chajchic and Michael Decresenzo. A temporary Order of Detention was entered for Dominck Curatola, detention hearing scheduled for 11/19/2010 at 2:30 p.m. (ESR 3:10 - 3:30.) (Imrie, Robert) [2:10-mj-01340-AKT] (Entered: 11/23/2010) |
| 11/17/2010 | 22 | Order to Unseal Case as to Dominick Curatola, German Chajchic, Michael Decresenzo. Ordered by Magistrate Judge Arlene R. Lindsay on 11/17/2010. (Imrie, Robert) [2:10-mj-01340-AKT] (Entered: 11/23/2010) |
| 11/17/2010 | 7 | Arrest Warrant Returned Executed on 11/16/2010. in case as to Dominick Curatola. (Imrie, Robert) [2:10-mj-01340-AKT] (Entered: 11/23/2010) |
| 11/17/2010 | 10 | CJA 23 Financial Affidavit by Dominick Curatola (Imrie, Robert) [2:10-mj-01340-AKT] (Entered: 11/23/2010) |
| 11/17/2010 |  | Attorney update in case as to Dominick Curatola. Attorney Randi L. Chavis for Dominick Curatola added. (Imrie, Robert) [2:10-mj-01340-AKT] (Entered: 11/23/2010) |

| 11/17/2010 | 16 | ORDER OF TEMPORARY DETENTION Issued as to Dominick Curatola (Imrie, Robert) [2:10-mj-01340-AKT] (Entered: 11/23/2010) |
| 11/19/2010 | 20 | ORDER OF DETENTION as to Dominick Curatola. Ordered by Magistrate Judge Arlene R. Lindsay on 11/19/2010. (Imrie, Robert) [2:10-mj-01340-AKT] (Entered: 11/23/2010) |
| 11/19/2010 | 21 | NOTICE OF ATTORNEY APPEARANCE: William J Collado appearing for Dominick Curatola (Imrie, Robert) [2:10-mj-01340-AKT] (Entered: 11/23/2010) |
| 11/23/2010 | 19 | Minute Entry for proceedings held before Magistrate Judge Arlene R. Lindsay:Detention Hearing as to Dominick Curatola held on 11/23/2010, Added attorney William J Collado for Dominick Curatola. Attorney Randi L. Chavis terminated in case as to Dominick Curatola. Defendant present in custody with retained counsel William Collado. Order of Detention entered. (ESR 3:36 - 3:47.) (Imrie, Robert) [2:10-mj-01340-AKT] (Entered: 11/23/2010) |
| 12/16/2010 | 26 | INDICTMENT as to Dominick Curatola (1) count(s) 1, German Chajchic (2) count(s) 1, Michael Decresenzo (3) count(s) 1, Jose Alejandro Castillo-Medina (4) count(s) 1, Elizabeth Catherine Jennings (5) count(s) 1. (Attachments: # 1 Grand Jury Presentment, # 2 Criminal Information Sheet) (Padilla, Kristin) (Entered: 12/17/2010) |
| 12/21/2010 | | NOTICE OF HEARING as to Dominick Curatola (1), German Chajchic (2), Michael Decresenzo (3), Jose Alejandro Castillo-Medina (4), Elizabeth Jennings (5): Arraignment set for 12/29/2010 at 11:30am in Courtroom 1030 before Judge Joanna Seybert. (Baran, Charles) (Entered: 12/21/2010) |
| 12/23/2010 | 27 | NOTICE OF ATTORNEY APPEARANCE: William J. Collado appearing for Dominick Curatola (Collado, William) (Entered: 12/23/2010) |
| 12/23/2010 | 28 | Letter MOTION to Continue *to January 4, 2010, on consent* by Dominick Curatola. (Collado, William) (Entered: 12/23/2010) |
| 12/28/2010 | | ORDER granting 28 Motion to Continue as to Dominick Curatola (1). Ordered by Judge Joanna Seybert on 12/28/2010. (Baran, Charles) (Entered: 12/28/2010) |
| 01/04/2011 | 32 | Minute Entry for proceedings held before Judge Joanna Seybert: Initial Appearance and Arraignment as to Dominick Curatola (1) Count 1 and Elizabeth Jennings (5) Count 1 held on 1/4/2011. Pleas entered: Not Guilty on count 1. Status Conference set for 2/4/2011 at 11:00am in Courtroom 1030 before Judge Joanna Seybert. (Court Reporter O. Wicker) (Baran, Charles) (Entered: 01/04/2011) |
| 02/03/2011 | 46 | SEALED SUPERSEDING INDICTMENT (S-1) as to Dominick Curatola (1) Count(s) 1s, 2s, 3s-7s, 9s, 10s-11s, 12s, 13s; German Chajchic (2) Count(s) 1s, 2s; Michael Decresenzo (3) Count(s) 1s, 4s, 6s-7s; Jose Alejandro Castillo-Medina (4) Count(s) 1s; Steven Martin (6) Count(s) 1, 4, 6, 11; Kerry Iasparra (7) Count(s) 1, 4, 6; Brian Sullivan (9) Count(s) 1, 7; Gregory Ballin (10) Count(s) 1, 14; Eric Preimer (11) Count(s) 1, 8; Michael Bradley (12) Count(s) 1, 10; Joseph Campo (13) Count(s) 1, 5. (Attachments: # 1 Criminal Information Sheet; # 2 Grand Jury Presentment) (Valle, Christine) (Main Document 46 replaced on 9/22/2011) (Mahon, Cinthia). Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 02/14/2011) |

| 02/04/2011 | 35 | Letter *from the government to William Collado, Esq. providing discovery* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings (Capwell, Carrie) (Entered: 02/04/2011) |
| 02/04/2011 | 39 | Letter *from the government providing the government's proposed plea offer* as to Dominick Curatola (Capwell, Carrie) (Entered: 02/04/2011) |
| 02/04/2011 | 43 | Minute Entry for proceedings held before Judge Joanna Seybert: Status Conference as to Dominick Curatola (1), German Chajchic (2), Michael Decresenzo (3), Jose Alejandro Castillo-Medina (4) held on 2/4/2011. Status Conference set for 3/4/2011 at 11:30am in Courtroom 1030 before Judge Joanna Seybert. (Court Reporter D. Tursi) (Baran, Charles) (Entered: 02/04/2011) |
| 02/11/2011 | 55 | MOTION to Unseal Case by USA as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo. (Valle, Christine) (Main Document 55 replaced on 9/22/2011) (Mahon, Cinthia). Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 02/15/2011) |
| 02/11/2011 | 56 | UNSEALING ORDER granting 55 Motion to Unseal Case as to Dominick Curatola (1), German Chajchic (2), Michael Decresenzo (3), Jose Alejandro Castillo-Medina (4), Steven Martin (6), Kerry Iasparra (7), Brian Sullivan (9), Gregory Ballin (10), Eric Preimer (11), Michael Bradley (12), Joseph Campo (13). So Ordered by Judge Joanna Seybert on 2/11/11. (Valle, Christine) (Main Document 56 replaced on 9/22/2011) (Mahon, Cinthia). Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 02/15/2011) |
| 02/11/2011 |  | INDICTMENT UNSEALED as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo. (Valle, Christine) Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 02/15/2011) |
| 02/18/2011 | 85 | Minute Entry for proceedings held before Judge Joanna Seybert: Arraignment as to Dominick Curatola (1) Counts 1s,2s,3s-7s,9s,10s-11s,12s,13s; German Chajchic (2) Counts 1s,2s; Michael Decresenzo (3) Counts 1s,4s,6s-7s; and Kerry Iasparra (7) Counts 1,4,6 held on 2/18/2011. Pleas entered: Not Guilty on all counts. Status Conference set for 3/4/2011 at 11:30am in Courtroom 1030 before Judge Joanna Seybert. (Court Reporter E. Combs) (Baran, Charles) (Entered: 02/18/2011) |
| 02/21/2011 | 86 | Letter *from the government, dated February 21, 2011, requesting that this case be deemed complex* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Capwell, Carrie) Modified on 9/22/2011 (Mahon, Cinthia). (Main Document 86 replaced on 9/22/2011) (Mahon, Cinthia). (Entered: 02/21/2011) |
| 02/21/2011 | 87 | MOTION for Discovery *Defendant Michael Bradley's First Motion for Discovery* by Michael Bradley as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo. (Nelson, Alan) Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 02/21/2011) |

| 02/28/2011 | 88 | First MOTION for Discovery *and Brady Material* by Joseph Campo as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo. (Haley, Richard) Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 02/28/2011) |
| --- | --- | --- |
| 02/28/2011 | 89 | Letter *opposing complex case* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Carman, John) Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 02/28/2011) |
| 03/04/2011 | 90 | Letter *from the government, dated March 3, 2011, providing discovery* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Capwell, Carrie) Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 03/03/2011) |
| 03/04/2011 | 91 | Minute Entry for proceedings held before Judge Joanna Seybert: Arraignment as to Jose Alejandro Castillo-Medina (4) Count 1s and Steven Martin (6) Counts 1, 4, 6, 11 held on 3/4/2011. Pleas entered: Not Guilty on counts all. Status Conference as to Dominick Curatola (1), Michael Decresenzo (3), Jose Alejandro Castillo-Medina (4), Steven Martin (6), Kerry Iasparra (7), Brian Sullivan (9), Gregory Ballin (10), Eric Preimer (11), Michael Bradley (12), and Joseph Campo (13) held on 3/4/2011. Status Conference set for 5/6/2011 at 11:30am in Courtroom 1030 before Judge Joanna Seybert. (Court Reporter P. Lombardi) (Baran, Charles) (Main Document 91 replaced on 9/22/2011) (Mahon, Cinthia). Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 03/04/2011) |
| 03/08/2011 | 93 | Letter *from the government, dated March 8, 2011, providing supplemental discovery* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Capwell, Carrie) Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 03/08/2011) |
| 03/15/2011 | 95 | Letter *from the government, dated March 16, 2011, to Corporal McDevitt at the Nassau County Correctional Center, providing 21 disks containing discovery to be available to defendants Sullivan, Priemer and Bradley, who are housed at the NCCC* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Capwell, Carrie) Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 03/15/2011) |
| 03/25/2011 | 97 | NOTICE *BILL of PARTICULARS, in which the government seeks to forfeit certain assets of the defendant seized on or about November 16, 2010.* as to Dominick Curatola (Hennigan, Karen) (Entered: 03/25/2011) |
| 04/29/2011 | 103 | Letter *from the government, dated April 29, 2011 providing defense counsel with an Index to the previously produced intercepted telephone conversations* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, |

| | | |
|---|---|---|
| | | Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Attachments: # 1 Index A through C, # 2 Index D through I, # 3 Index J through N, # 4 Index P through R, # 5 Index S through U) (Capwell, Carrie) (Attachment 1 replaced on 9/22/2011) (Mahon, Cinthia). (Attachment 3 replaced on 9/22/2011) (Mahon, Cinthia). Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 04/29/2011) |
| 05/05/2011 | 106 | Letter *from the government, dated May 5, 2011, providing supplemental discovery* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Capwell, Carrie) Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 05/05/2011) |
| 05/06/2011 | 107 | Minute Entry for proceedings held before Judge Joanna Seybert: Status Conference as to Dominick Curatola (1), German Chajchic (2), Michael Decresenzo (3), Jose Alejandro Castillo-Medina (4), Steven Martin (6), Kerry Iasparra (7), Brian Sullivan (9), Gregory Ballin (10), Eric Preimer (11), Michael Bradley (12), and Joseph Campo (13) held on 5/6/2011. Status Conference set for 7/13/2011 at 11:30am in Courtroom 1030 before Judge Joanna Seybert. (Court Reporter H. Rapaport) (Baran, Charles) Modified on 9/22/2011 (Mahon, Cinthia). (Main Document 107 replaced on 9/22/2011) (Mahon, Cinthia). (Entered: 05/06/2011) |
| 05/12/2011 | 108 | Letter *dated May 11, 2011, from the government to Warden Zerillo of the Queens Private Correctional Facility providing 20 compact disks containing discovery* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Capwell, Carrie) Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 05/12/2011) |
| 05/12/2011 | 110 | ORDER - ORDERED that Defendants Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Brian Sullivan, Eric Preimer, and Michael Bradley, who are incarcerated at the Queens Private Correctional Facility and the Nassau County Correctional Center, be permitted to spend two (2) hours per week in the library in order to listen to the wiretap recordings in the above-captioned case. So Ordered by Judge Joanna Seybert on 5/12/11. C/ECF (Valle, Christine) (Entered: 05/17/2011) |
| 05/19/2011 | 111 | Letter *dated May 18, 2011 from the government to the Queens Private Correctional Center and Nassau County Correctional Center enclosing Judge Joanna Seybert's Order regarding library time* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Brian Sullivan, Eric Preimer, Michael Bradley (Capwell, Carrie) (Entered: 05/19/2011) |
| 05/19/2011 | 112 | Letter *from the government, dated May 19, 2011, providing supplemental discovery* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Capwell, Carrie) Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 05/19/2011) |

| 06/02/2011 | 114 | Letter *dated June 1, 2011 from the government to defense counsel regarding a global disposition, which offer expires on July 13, 2011* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Capwell, Carrie) Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 06/02/2011) |
|---|---|---|
| 06/02/2011 | 121 | Letter *dated June 2, 2011, providing supplemental discovery* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Capwell, Carrie) Modified on 9/22/2011 (Mahon, Cinthia). (Entered: 06/02/2011) |
| 06/27/2011 | 123 | ORDER OF REFERRAL To Magistrate Judge A. Kathleen Tomlinson Upon application by any defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11, FRCrP, and to (a) determine whether the plea is knowingly and voluntarily made and not coerced, and (b) recommend whether the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable.. Ordered by Judge Joanna Seybert on 6/27/2011. (Padilla, Kristin) (Main Document 123 replaced on 7/7/2011) (Padilla, Kristin). (Entered: 07/06/2011) |
| 07/13/2011 | 127 | Minute Entry for proceedings held before Judge Joanna Seybert: Status Conference as to Dominick Curatola (1), German Chajchic (2), Michael Decresenzo (3), Jose Alejandro Castillo-Medina (4), and Michael Bradley (12) held on 7/13/2011. Status Conference set for 7/21/2011 at 11:00am (Deft. 4 only) in Courtroom 1030 before Judge Joanna Seybert. Status Conference set for 8/19/2011 at 11:00am in Courtroom 1030 before Judge Joanna Seybert (all defts.). (Court Reporter O. Wicker) (Baran, Charles) Modified on 9/22/2011 (Mahon, Cinthia). (Main Document 127 replaced on 9/22/2011) (Mahon, Cinthia). (Entered: 07/13/2011) |
| 08/15/2011 | 165 | ORDER OF REFERRAL to Magistrate Judge A. Kathleen Tomlinson as to Dominick Curatola. Upon application by any defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11, FRCrP, and to (a) determine whether the plea is knowingly and voluntarily made and not coerced, and (b) recommend whether the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable. So Ordered by Judge Joanna Seybert on 8/15/11. C/ECF (Valle, Christine) (Entered: 08/25/2011) |
| 08/15/2011 | 166 | Minute Entry for proceedings held before Magistrate Judge A. Kathleen Tomlinson: Cr Cause for Guilty Plea Hearing as to Dominick Curatola held on 8/15/2011 at 12:00PM. Defendant present in custody with retained counsel William Collado. Govt: Carrie Capwall. Case called. Defendant is sworn. Defendant enters a plea of GUILTY to a lesser included offense to Count One of the Superseding Indictment; Plea entered by Dominick Curatola (1) Guilty Count 1s. The Court finds a factual basis for the plea and accepts it. Probation notified. Defendant remains in custody. Defendant states true name to be: Domenick Vincent Curatola. Plea Agreement marked as Court Exhibit # 1. Sentencing set for 11/18/2011 at 11:30AM before Judge Joanna Seybert. Magistrate Judge Tomlinson recommends the District Court accept the guilty plea. Court Reporter/CD: 12:28 - 12:51. (Valle, Christine) (Entered: 08/25/2011) |

| | | |
|---|---|---|
| 08/17/2011 | 169 | PRELIMINARY ORDER OF FORFEITURE as to Dominick Curatola - IT IS HEREBY ORDERED, ADJUDGED AND DECREED, based upon the agreement by and between the United States and the Defendant as follows: The Defendant shall forfeit all of his right, title and interest in the Forfeited Assets pursuant to 21 U.S.C. § 853(a), as property which constitutes, or is derived from, proceeds obtained, directly or indirectly, as the result of the Defendant's violation of 21 U.S.C. § 846, and/or represents property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of his violation of said offense, and/or as substitute assets pursuant to 21 U.S.C. § 853 (p). So Ordered by Judge Joanna Seybert on 8/17/11. C/ECF; Certified copies of executed Preliminary Order of Forfeiture forwarded to FSA Asset Forfeiture Paralegal, United States Attorney's Office, Eastern District of New York. (Valle, Christine) (Entered: 08/25/2011) |
| 08/24/2011 | 164 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Dominick Curatola held on AUGUST 15, 2011,CRIMINAL CAUSE FOR GUILTY PLEA HELD before MAG. JUDGE A. KATHLEEN TOMLINSON. Court Reporter/Transcriber RUTH ANN HAGER @ TYPEWRITE WORD PROCESSING SERVICE 211 N. MILTON ROAD SARATOGA SPRINGS, NEW YORK. 12866, Telephone number Shari Riemer(718) 966-1401; fax#(718) 967-4843. Tape Number: FTR/DRIVE/TIME:. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/14/2011. Redacted Transcript Deadline set for 9/26/2011. Release of Transcript Restriction set for 11/22/2011.KEITH ANGELO JONES. (Jones, Keith) (Entered: 08/24/2011) |
| 09/12/2011 | 174 | ORDER - ORDERED, that the defendant's guilty plea is accepted as to Dominick Curatola So Ordered by Judge Joanna Seybert on 9/12/11. C/ECF (Valle, Christine) (Entered: 09/13/2011) |
| 10/13/2011 | 179 | Certificate of Service by USA as to Dominick Curatola *AFFIDAVIT of PUBLICATION, Legal Notice was published on the government website, www.forfeiture.gov, from August 20, 2011 through and including September 18, 2011.* (Hennigan, Karen) (Entered: 10/13/2011) |
| 10/27/2011 | 180 | MOTION to Continue *Sentencing* by USA as to Dominick Curatola, Michael Decresenzo, Jose Alejandro Castillo-Medina. (Valle, Christine) (Entered: 11/02/2011) |
| 10/27/2011 | | ORDER granting 180 Motion to Continue as to Dominick Curatola (1), Michael Decresenzo (3), Jose Alejandro Castillo-Medina (4). So Ordered by Judge Joanna Seybert on 10/27/11. C/M Probation (Valle, Christine) (Entered: 11/02/2011) |
| 11/14/2011 | 181 | Letter *request to permit travel as to Joseph Campo* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Haley, Richard) (Entered: 11/14/2011) |
| 12/05/2011 | 183 | Letter *requesting sentencing adjournment* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Carman, John) (Entered: 12/05/2011) |

| | | |
|---|---|---|
| 12/30/2011 | 194 | MOTION to Continue *Adjourn Sentencing* by Michael Bradley as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo. (Nelson, Alan) (Entered: 12/30/2011) |
| 01/10/2012 | 198 | NOTICE OF ATTORNEY APPEARANCE Michael P Canty appearing for USA. (Canty, Michael) (Entered: 01/10/2012) |
| 01/20/2012 | 199 | NOTICE *Def consent request for adj of sentence* as to Dominick Curatola (Fiore, Andrew) (Entered: 01/20/2012) |
| 01/23/2012 | | ORDER as to Dominick Curatola (1) GRANTING 199 Notice (Other) Application. Sentencing set for 3/9/2012 at 11:00am in Courtroom 1030 before Judge Joanna Seybert. Ordered by Judge Joanna Seybert on 1/23/2012. (Baran, Charles) (Entered: 01/23/2012) |
| 02/08/2012 | 208 | Letter *requesting adjournment* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Carman, John) (Entered: 02/08/2012) |
| 02/09/2012 | 209 | SENTENCING MEMORANDUM by Michael Bradley as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Nelson, Alan) (Entered: 02/09/2012) |
| 02/29/2012 | 214 | Consent MOTION for Disclosure *Defendant's PSR Report from prior case* by Dominick Curatola. (Collado, William) (Entered: 02/29/2012) |
| 03/01/2012 | | ORDER granting 214 Motion for Disclosure and adjournment of sentencing as to Dominick Curatola (1). Ordered by Judge Joanna Seybert on 3/1/2012. (Baran, Charles) (Entered: 03/01/2012) |
| 04/02/2012 | 228 | Letter *requesting adjournment of Sentencing* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Carman, John) (Entered: 04/02/2012) |
| 04/19/2012 | 230 | Letter *requesting adjournment of Sentencing* as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Carman, John) (Entered: 04/19/2012) |
| 04/20/2012 | 236 | Minute Entry for proceedings held before Judge Joanna Seybert: Cr Cause for Sentencing held on 4/20/2012 at 11:00AM for Dominick Curatola (1), Count(s) 1. Defendant Curatola present in custody with retained counsel William Collado. Govt: Michael Canty. USPO: S. Guttman. Case called for sentence. Counsel for all sides present. Statements of defendant and counsel heard. Defendant objections to the PSR are noted. Rulings re: Guidelines are entered on the record. PSR and addendum adopted. Guidelines are adopted. The defendant is sentenced as follows: The defendant is sentenced to a period of imprisonment of 60 months on Count 1 (lesser |

| | | |
|---|---|---|
| | | included offense), to be followed by a period of supervised release of 3 years. Special conditions of supervised release: The defendant shall not possess a firearm, ammunition, or destructive device. Other, as more fully set forth in judgment: The defendant shall comply with the forfeiture provision. The defendant shall make full financial disclosure to the Probation Dept. The defendant is subject to a curfew via electronic monitoring for a period of 6 months. The defendant shall participate is substance abuse and mental health treatment and contribute to the cost (according to ability to pay), as directed by the Probation Dept. The fine shall be waived due to the defendant's inability to pay such a fine. Special assessment of $100 is imposed on each Count for a total assessment of $100.00. On motion of the AUSA the remaining Counts of the indictment{s) are hereby dismissed. The defendant is advised of his right to appeal or the lack thereof. The defendant remains in custody. Court Reporter: H. Rapaport. (Valle, Christine) (Entered: 05/10/2012) |
| 05/01/2012 | [234](#) | Proposed MOTION for Forfeiture of Property *PROPOSED FINAL ORDER OF FORFEITURE, in which the government seeks to forfeit and dispose of certain items seized from the defendant.* by USA as to Dominick Curatola. (Hennigan, Karen) (Entered: 05/01/2012) |
| 05/07/2012 | [237](#) | ORDER granting [234](#) Motion for Forfeiture of Property as to Dominick Curatola (1). ORDERED, ADJUDGED and DECREED, that all right, title and interest in the Forfeited Assets is hereby condemned, forfeited and vested in the United States of America. ORDERED, ADJUDGED and DECREED that, pursuant to Rule 32.2(b) (4) (A) of the Federal Rules of Criminal Procedure, this Final Order of Forfeiture shall become final as to the Defendant, and at the time of sentencing shall be made part of the Defendant's sentence and included in his judgment of conviction. ORDERED, ADJUDGED and DECREED that the Clerk of the Court shall forward five (5) certified copies of this Final Order to the United States Attorney's Office. So Ordered by Judge Joanna Seybert on 5/7/12. C/ECF; Certified copies of Order forwarded to United States Attorney's Office, FSA Asset Forfeiture Paralegal. (Valle, Christine) (Entered: 05/10/2012) |
| 05/07/2012 | [238](#) | JUDGMENT - The defendant Dominick Curatola (1) pleaded guilty to Count(s) 1 of the Superseding Indictment (S-1), lesser included offense. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 MONTHS (CONSECUTIVE TO 30 MONTH TERM IMPOSED ON VIOLATION OF SUPERVISED RELEASE ON CR 03-637). The court makes the following recommendations to the Bureau of Prisons: THAT THE DEFENDANT BE DESIGNATED TO FCI FAIRTON, N.J., AND ENROLLED IN THE RDAP. Upon release from imprisonment, the defendant shall be on supervised release for a term of: 3 YEARS. ADDITIONAL SUPERVISED RELEASE TERMS: The defendant shall comply with the forfeiture provision. The defendant shall make full financial disclosure to the Probation Dept. For a period of 6 months, the defendant shall comply with a curfew via electronic monitoring as directed by the U.S. Probation Department. The defendant will remain at his place of residence from 7 p.m. to 7 a.m. The Probation Department may designate another eight-hour respective time period, if the defendant's employment, education, or observance of religious services preclude the above specified times. The curfew via electronic monitoring shall commence on a date |

|  |  | approved by the Probation Department. During the curfew period, the defendant shall wear an electronic monitoring bracelet or similar tracking device and follow all requirements and procedures established for the curfew via electronic monitoring by the Probation Department. In addition, the defendant shall pay all costs, including the price of the electronic monitoring equipment, to the degree he is reasonably able. The defendant shall disclose all financial information and documents to the Probation Department to assess his ability to pay. The defendant shall participate in an outpatient and/or inpatient drug treatment or detoxification program approved by the U.S. Probation Department. The defendant shall contribute to the costs of such treatment/detoxification not to exceed an amount determined reasonable by the Probation Department's Sliding Scale for Substance Abuse Treatment Services, and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid. The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay. The defendant shall not consume any alcohol or other intoxicants during and after treatment/detoxification, unless granted a prescription by a licensed physician and proof of same is provided to the Probation Department. The defendant shall submit to testing during and after treatment to ensure abstinence from drugs and alcohol. The defendant shall participate in a mental health treatment program approved by the U.S. Probation Department. The defendant shall contribute to the cost of services rendered or any psychotropic medications as prescribed, via co-payment or full payment, in an amount to be determined by the Probation Department, based upon the defendant's ability to pay and/or the availability of third-party payment. The defendant shall disclose all financial information and documents to the Probation Dept to assess his ability to pay. Special Assessment: $100.00. So Ordered by Judge Joanna Seybert on 5/7/12. Attachments: # 1 Final Order of Forfeiture. (Valle, Christine) (Entered: 05/10/2012) |
| 05/07/2012 | 244 | MOTION for Leave to Appeal In Forma Pauperis , MOTION to Appoint Counsel *on the Appeal* by Dominick Curatola. (Romano, Daniel) (Entered: 05/16/2012) |
| 06/04/2012 | 250 | MEMORANDUM AND ORDER denying 244 Motion for Leave to Appeal In Forma Pauperis; denying 244 Motion to Appoint Counsel as to Dominick Curatola (1). To the extent that Defendant seeks the appointment of pro bono counsel to represent him in a petition for a writ of habeas corpus pursuant to Section 2255, such application is denied at this time. Defendant has not yet filed a 2255 petition, accordingly, his application is premature. So Ordered by Judge Joanna Seybert on 6/4/12. C/ECF; C/M (Valle, Christine) (Entered: 06/05/2012) |
| 06/08/2012 | 251 | Certificate of Service by USM285 from upon US Marshals Service of final order - dtd. 5/17/12 (Bollbach, Jean) (Entered: 06/08/2012) |
| 09/24/2012 | 263 | Letter from Dominick Curatola to Judge Seybert dated 9/17/12 Re: To request that the Court waive the fee for the documents requested from the Clerk in regards to Defendant's case to aid in his appeal. (Valle, Christine) (Entered: 09/27/2012) |
| 09/24/2012 | 264 | Letter from Dominick Curatola to C. Vukovich dated 9/17/12 Re: Follow up to request for waiver of the fee for copies of documents Defendant has requested to aid in his appeal. (Valle, Christine) (Entered: 09/27/2012) |

| 10/03/2012 | 266 | ORDER as to Dominick Curatola GRANTING defendant's 263 Letter Application to waive the fee. Ordered by Judge Joanna Seybert on 10/3/2012. (c/ECF Plaintiff) (C/M to Curatola by Chambers) (Mahon, Cinthia) Modified on 10/16/2012 to reset document number. (Mahon, Cinthia). (Entered: 10/16/2012) |
|---|---|---|
| 10/16/2012 | | Incorrect Defendant-Document Information filed. The #266 Order has been deleted and re-docketed due to a clerical error. The order was docketed as to all defendants when it should have been linked to defendant #1. The NEF was regenerated after the document number was re-set. (Mahon, Cinthia) (Entered: 10/16/2012) |
| 10/22/2012 | 269 | Letter from Dominick Curatola to Clerk of Court dated 10/11/12 Re: Follow up letter regarding copies of documents. Copy of Judge Seybert's Order attached. (Valle, Christine) (Entered: 11/16/2012) |
| 11/14/2012 | 270 | Letter from Pro Se Office to Dominick Curatola dated 11/14/12 Re: In response to Defendant's inquiry received in the Clerk's office on October 22, 2012, and pursuant to the October 3, 2012 Order of Honorable Joanna Seybert, enclosed please find copies of the requested documents. (Valle, Christine) (Entered: 11/16/2012) |
| 01/23/2013 | 286 | Certificate of Service by USA as to Dominick Curatola Re: Service of Final Order served at U.S. Marshals Service; Date of Service: 10/23/12. (Valle, Christine) (Entered: 01/30/2013) |
| 03/07/2013 | 288 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Dominick Curatola, German Chajchic, Michael Decresenzo held on 11/17/2010, before Magistrate Judge Arlene R. Lindsay. Transcriber Transcriptions Plus II, Inc., Telephone number 718-987-4285. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/28/2013. Redacted Transcript Deadline set for 4/8/2013. Release of Transcript Restriction set for 6/5/2013. (Russo, Eric) (Entered: 03/07/2013) |
| 03/07/2013 | 289 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Dominick Curatola held on 11/19/2010, before Magistrate Judge Arlene R. Lindsay. Transcriber Transcriptions Plus II, Inc., Telephone number 718-987-4285. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/28/2013. Redacted Transcript Deadline set for 4/8/2013. Release of Transcript Restriction set for 6/5/2013. (Russo, Eric) (Entered: 03/07/2013) |
| 07/03/2013 | 307 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo held on 2-18-11, before Judge Seybert. Court Reporter/Transcriber E Combs. Email address: ellencombs@hotmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/24/2013. Redacted Transcript Deadline set for 8/5/2013. Release of Transcript Restriction set |

| | | |
|---|---|---|
| | | for 10/1/2013. (Combs, Ellen) (Entered: 07/03/2013) |
| 07/15/2013 | 309 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Dominick Curatola, Jose Alejandro Castillo-Medina held on 8-5-11, before Judge Seybert. Court Reporter/Transcriber E Combs. Email address: ellencombs@hotmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/5/2013. Redacted Transcript Deadline set for 8/15/2013. Release of Transcript Restriction set for 10/14/2013. (Combs, Ellen) (Entered: 07/15/2013) |
| 01/09/2014 | 327 | MOTION to Continue *Adjourn Conference* by Michael Bradley as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo. (Nelson, Alan) (Entered: 01/09/2014) |
| 04/22/2014 | 333 | MOTION to Continue *Adjpurn Status Conference* by Michael Bradley as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo. (Nelson, Alan) (Entered: 04/22/2014) |
| 05/22/2014 | 334 | MOTION to Continue *Adjourn Status Conference*, MOTION to Continue Sentencing by Michael Bradley as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo. (Nelson, Alan) (Entered: 05/22/2014) |
| 06/25/2014 | 335 | MOTION to Continue *Adjourn Status Conference* by Michael Bradley as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo. (Nelson, Alan) (Entered: 06/25/2014) |
| 07/30/2014 | 337 | MOTION to Continue Sentencing by Michael Bradley as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo. (Nelson, Alan) (Entered: 07/30/2014) |
| 11/10/2014 | 339 | MOTION to Continue Sentencing by Michael Bradley as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo. (Nelson, Alan) (Entered: 11/10/2014) |
| 01/22/2015 | | Appearance Pro Se as to Dominick Curatola. (Valle, Christine) (Entered: 02/11/2015) |
| 01/22/2015 | 342 | MOTION to Reduce Sentence - USSC Amendment by Dominick Curatola. (Attachments: # 1 Exhibits 3-4) (Valle, Christine) (Entered: 02/11/2015) |
| 01/23/2015 | 340 | Letter as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo, Mail receipt (Buckley, Terrence) (Entered: 01/23/2015) |

| 02/04/2015 | 341 | MOTION to Continue Sentencing by Michael Bradley as to Dominick Curatola, German Chajcic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo. (Nelson, Alan) (Entered: 02/04/2015) |
| --- | --- | --- |
| 02/13/2015 | 343 | Letter MOTION to Appoint Counsel by Dominick Curatola. (Valle, Christine) (Entered: 02/25/2015) |
| 02/25/2015 | | Letter MOTION to Appoint Counsel *pursuant to CJA* by Dominick Curatola. (Valle, Christine) (Entered: 03/02/2015) |
| 02/25/2015 | 344 | ORDER granting 343 Motion to Appoint Counsel as to Dominick Curatola (1); granting Motion to Appoint Counsel as to Dominick Curatola (1); So Ordered. Signed by Judge Joanna Seybert on 2/25/2015. C/ECF (Valle, Christine) (Entered: 03/02/2015) |
| 02/27/2015 | 345 | ORDER as to Dominick Curatola; Within 30 days of the date of this Order, the Probation Department shall prepare an addendum for the Court reflecting the amended Guidelines range and including Bureau of Prisons SENTRY data. Within 45 days of the date of this Order, the Government shall file a response. Upon such filing, the Court will, if necessary, set a date for re-sentencing and order the defendant produced. So Ordered by Judge Joanna Seybert on 2/27/2015. C/ECF (Valle, Christine) (Entered: 03/02/2015) |
| 02/27/2015 | 346 | Letter from Dominick Curatola to Pro Se Office dated 2/23/15 Re: 3582(c)(2) Motion. (Valle, Christine) (Entered: 03/09/2015) |
| 04/11/2015 | 353 | RESPONSE in Opposition re 342 MOTION to Reduce Sentence - USSC Amendment (Canty, Michael) (Entered: 04/11/2015) |
| 04/30/2015 | 354 | MOTION to Reduce Sentence by Dominick Curatola. (Wirth, Mary Anne) (Entered: 04/30/2015) |
| 05/07/2015 | 358 | SENTENCING MEMORANDUM by Michael Bradley as to Dominick Curatola, German Chajcic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo (Nelson, Alan) (Entered: 05/07/2015) |
| 05/13/2015 | 362 | ORDER denying 342 Motion to Reduce Sentence - USSC Amendment for Dominick Curatola (1); The defendant's motions for a sentence reduction pursuant to 18 U.S.C. §3582(c)(2) are denied. Amendment 782 therefore reduces the applicable Guideline to Total Offense Level 21, with a sentencing range of 70 to 87 months. The defendant's sentence remains the statutory maximum of 60 months. The defendant is otherwise not entitled to any further reduction. Signed by Judge Joanna Seybert on 5/13/2015. C/M; C/ECF (Valle, Christine) (Entered: 05/22/2015) |
| 05/26/2015 | 363 | First MOTION to Reduce Sentence - USSC Amendment by Dominick Curatola. (Wirth, Mary Anne) (Entered: 05/26/2015) |
| 05/26/2015 | | Motions terminated; docketed incorrectly as to Dominick Curatola Re: 363 First MOTION to Reduce Sentence - USSC Amendment filed by Dominick Curatola. (Valle, Christine) (Entered: 05/27/2015) |

| 05/26/2015 | 364 | NOTICE OF APPEAL of Sentence by Dominick Curatola as to 362 Order on Motion to Reduce Sentence - USSC Amendment,, Order Reducing Sentence - USSC Amendment,,,,,, (Cox, Dwayne) (Entered: 05/27/2015) |
|---|---|---|
| 05/27/2015 | | Incorrect Case-Document Information filed; Docket Entry 363 filed incorrectly as "Motion to Reduce Sentence" has been terminated. Document is Notice of Appeal and NOT a Motion. All corrections have been entered. ***NOTE: Document forwarded to Appeals Clerk for processing on ECF. (Valle, Christine) (Entered: 05/27/2015) |
| 05/27/2015 | | Electronic Index to Record on Appeal as to Dominick Curatola sent to US Court of Appeals 364 Notice of Appeal - Conditions of Release Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (Cox, Dwayne) (Entered: 05/27/2015) |
| 06/12/2015 | 368 | MANDATE of USCA Case # 15-1713 (certified copy) as to Dominick Curatola. The appeal is withdrawn (Cox, Dwayne) (Entered: 06/15/2015) |
| 05/05/2016 | 382 | MEMORANDUM in Opposition re 373 Letter MOTION to Reduce Sentence - USSC Amendment (Gatz, Lara) (Entered: 05/05/2016) |
| 06/07/2017 | 388 | NOTICE OF ATTORNEY APPEARANCE: Maureen S. Hoerger appearing for Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo *Dominick Curtatola* (Hoerger, Maureen) (Entered: 06/07/2017) |
| 06/07/2017 | 389 | MOTION to Modify Conditions of Release by Dominick Curatola. (Hoerger, Maureen) (Entered: 06/07/2017) |
| 06/08/2017 | 390 | Amended MOTION to Modify Conditions of Release by Dominick Curatola. (Hoerger, Maureen) (Entered: 06/08/2017) |
| 06/14/2017 | 391 | ORDER terminating 389 Motion to Modify Conditions of Release as to Dominick Curatola (1); granting 390 Amended Motion to Modify Conditions of Release as to Dominick Curatola (1). The curfew will not take effect until 9/1/2017, and it will be reimposed thereafter. Ordered by Judge Joanna Seybert on 6/14/2017. c/emailed to USPO Barcenes (Baran, Charles) (Entered: 06/14/2017) |
| 08/17/2017 | 394 | MOTION to Modify Conditions of Release *as to Dominick Curatola* by Dominick Curatola as to Dominick Curatola, German Chajchic, Michael Decresenzo, Jose Alejandro Castillo-Medina, Elizabeth Jennings, Steven Martin, Kerry Iasparra, Brian Sullivan, Gregory Ballin, Eric Preimer, Michael Bradley, Joseph Campo. (Hoerger, Maureen) (Entered: 08/17/2017) |
| 08/18/2017 | 395 | ORDER granting 394 Motion to Modify Conditions of Release as to Dominick Curatola (1). Ordered by Judge Joanna Seybert on 8/18/2017. copy by email to USPO (Baran, Charles) (Entered: 08/18/2017) |
| 12/11/2017 | 398 | Second MOTION to Modify Conditions of Release by Dominick Curatola. (Florio, Lisa) (Entered: 12/13/2017) |

| 12/13/2017 | 399 | ORDER granting 398 Motion to Modify Conditions of Release as to Dominick Curatola (1). Electric home detention condition is terminated. Ordered by Judge Joanna Seybert on 12/13/2017. (Florio, Lisa) (Entered: 12/13/2017) |
|---|---|---|
| 07/26/2018 | 400 | TRANSFER OF JURISDICTION REQUEST as to Dominick Curatola To/From Southern District of Florida. Awaiting acceptance and signature. (Attachments: # 1 Memo) (Wilder, Monia) (Entered: 07/26/2018) |
| 07/27/2018 | 401 | TRANSFER OF JURISDICTION REQUEST as to Dominick Curatola; ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the SOUTHERN DISTRICT OF FLORIDA upon that Court's order of acceptance of jurisdiction. Signed by Judge Joanna Seybert dated 7/27/2018. (Valle, Christine) (Entered: 07/30/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/11/2018 14:58:44 | | |
| **PACER Login:** | ud1358:4168830:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:10-cr-00991-JS-AKT |
| **Billable Pages:** | 14 | **Cost:** | 1.40 |